UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED

NOV 0 2 2016

U.S. MAGISTRATE JUDGE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CAUSE NO. 1:16-mj-776 |
| JOSHUA SHANE DUFFY, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number(s) | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | Title 18 U.S.C. § 2251(a) Sexual Exploitation of a Minor | 15-30 | Up to $250,000 | Lifetime | |
| 2-3 | Title 18 U.S.C. § 2422(b) Coercion or Enticement of a Minor | 10-Life | Up to $250,000 | Lifetime | |
| 4 | Title 18 U.S.C. § 2252(a)(2) Receipt of Child Pornography | 5-20 | Up to $250,000 | Lifetime | |
| 5 | Title 18 U.S.C. § 2252(a)(4)(B) Possession of Child Pornography | 0-20 | Up to $250,000 | Lifetime | |

Dated: _____  _____
JOSHUA SHANE DUFFY
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana